UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIEGO MILLER, WARRLEY SOARS, and WARLEY SANTIAGO, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| PAM TRANSPORT, INC., and JAMES OLIVER DOTSON, | ) ) ) ) |
| Defendants. | ) |

Case No. 3:19-cv-242-JPG-GCS

## MEMORANDUM & ORDER

**SISON, Magistrate Judge:**

On September 23, 2019, the undersigned held a discovery dispute conference in this action. (Doc. 43). A transcript of the hearing was prepared (Doc. 67), and both Plaintiffs and Defendants now request redactions of that transcript. The requests have been referred to the undersigned for disposition. Upon review, the Court finds that additional information from the parties is needed before the requests can be granted.

There is a presumption that judicial records are in the public domain, and there is both a common law and a constitutional right of access to documents filed in litigation. *See, e.g.*, *Baxter Intern., Inc. v. Abbott Laboratories*, 297 F.3d 544, 545 (7th Cir. 2002); *Methodist Hosps., Inc. v. Sullivan*, 91 F.3d 1026, 1031 (7th Cir. 1996); *Grove Fresh Distrib., Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 897 (7th Cir. 1994); *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597-599 (1978). That is to say that "court files and documents should be open to the public unless the court finds that its records are being used for improper purposes."

*Grove Fresh*, 24 F.3d at 897. In reviewing the transcript redaction requests made by the parties (Docs. 70, 73), the undersigned cannot discern the reasoning underpinning the requests and cannot determine whether granting the requested redactions is appropriate or even permissible.

The redactions requested by the parties are lengthy, encompassing more than 20 pages of the transcript. As it stands, these requests cannot be granted. The parties are hereby **DIRECTED** to supplement their redaction requests with enough information for the undersigned to determine why each section needs to be redacted and, as a result, whether redaction is necessary and appropriate under the circumstances. The supplements, not to exceed 4 pages in length, shall be filed on or before February 7, 2019. To the extent that the parties seek redaction of many of the same portions of the transcript, a single joint supplement may be submitted in lieu of separate documents, if desired.

**IT IS SO ORDERED.**

Dated: January 24, 2020.

Digitally signed by Magistrate Judge Gilbert C. Sison
Date: 2020.01.24 11:32:32 -06'00'

GILBERT C. SISON
United States Magistrate Judge