UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIEGO MILLER, WARLLEY SOARS, and WARLEY SANTIAGO,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>PAM TRANSPORT INC. and JAMES OLIVER DOTSON,<br><br>    Defendants/Counterclaimants/Third-Party Plaintiffs,<br><br>    v.<br><br>NJ FLOORS INSTALLATION INC.,<br><br>    Third-Party Defendant. | Case No. 19-cv-242-JPG-GCS |

## **MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes. There is no evidence in the record that service of process has been effected upon third-party defendant NJ Floors Installation Inc. within 90 days after the filing of the third-party complaint, as prescribed by Federal Rule of Civil Procedure 4(m). The parties who have appeared in this case having settled the case and having indicated by email to the Court that dismissal of NJ Floors with prejudice was appropriate, the Court **DISMISSES** the third-party complaint **with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  March 24, 2020**

                                                                                               s/ J. Phil Gilbert
                                                                                               **J. PHIL GILBERT**
                                                                                               **DISTRICT JUDGE**