UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIEGO MILLER, WARLLEY SOARS, and WARLEY SANTIAGO, | |
| Plaintiffs/Counterclaim Defendants, | |
| v. | Case No. 19-cv-242-JPG-GCS |
| PAM TRANSPORT INC. and JAMES OLIVER DOTSON, | |
| Defendants/Counterclaimants/Third-Party Plaintiffs, | |
| v. | |
| NJ FLOORS INSTALLATION INC., | |
| Third-Party Defendant. | |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**MARGARET M. ROBERTIE, Clerk of Court**

**Dated: March 24, 2020**          **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**